STATE OF MONTANA,

Plaintiff,  NO. DC 91-001

vs.  DECISION

Joy L. Brown,

Defendant.

On August 21, 1996, it was the judgment of the Court that the judgment dated May 31, 1991, is revoked and set aside. The defendant is sentenced to six years in the Montana Women's Correctional Center for each count, to run concurrently, with two years suspended upon the defendant's successful compliance with the terms of probation set forth in the August 21, 1996 judgment. The defendant shall be given credit for zero (0) days served in jail prior to sentencing.

On November 14, 1996, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by Aileen Miller, legal intern of the Montana Defender Project. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 14th day of November, 1996.

DATED this 2nd day of December, 1996.

**Chairman, Hon. Ted O. Lympus**
**Member, Hon. Jeffrey M. Sherlock**
**Member, Hon. William Nels Swandal**

The Sentence Review Board wishes to thank Aileen Miller, legal intern of the Montana Defender Project, for representing Joy L. Brown in this matter.